UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  3:21-mj-02733 |
| | ) | |
| | ) | JUDGE HOLMES |
| CALLEN WILLIAMS | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Henry C. Leventis, United States Attorney, and Robert E. McGuire, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…a serious risk that the person will flee; or a serious risk that such person will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective juror or witness." 18 U.S.C. § 3142(f)(2)(A) & (B).

The Affidavit in support of the Criminal Complaint describes that the Defendant was arrested for possessing a short-barreled rifle and pointed it at responding officers. (Doc. No. 1, Page ID #: 2, ¶ 4.) The Complaint also describes that after his arrest, the Defendant threatened to retaliate against the arresting officers. (Doc. No. 1, Page ID #: 3, ¶ 11.) The United States notes that the Defendant has been held in state custody and was transported to federal court on a writ.

Should a hearing be necessary, the United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37219
(615) 401-6607
Robert.mcguire@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 21st day of August, 2024.

*/s/ Robert E. McGuire*
ROBERT E. MCGUIRE